William L. HERRON, Appellant,

v.

## MISSOURI DEPARTMENT OF CORRECTIONS, et al., Respondent.

### No. WD 60606.

Missouri Court of Appeals, Western District.

April 9, 2002.

William L. Herron, Jefferson City, MO, pro se.

John M. Morris, III, Jeremiah W. (Jay) Nixon, Atty. Gen., and David A. Johnston, Jefferson City, MO, for respondents.

Before HAROLD L. LOWENSTEIN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

### Order

PER CURIAM.

Mr. William L. Herron appeals the trial court's dismissal of his petition for judicial review and alleges that he was entitled to a "hearing" before the Missouri Department of Corrections hearing officer pursuant to Chapter 536, RSMo as it relates to contested cases. After a thorough review of the briefs of the parties, the legal file, and the record on appeal, we affirm. Rule 84.16(b).